UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>LISA JACOBS</u>                   ,
                Plaintiff,

        v.                                    Civil Action No.  05-10632-DPW

<u>ROBERT VIDAVIR, et al.</u>,
                Defendants.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

G    DENIED for the following reason(s):

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

☒    The complaint be dismissed pursuant to 28 U.S.C. § 1915(e) without further notice after thirty-five (35) days from the date of this Order, unless before that time plaintiff shows good cause, in writing, why this case should not be dismissed for the reasons stated in the accompanying memorandum.

SO ORDERED.

 April 5, 2005                                     /s/ Douglas P. Woodlock
DATE                                           DOUGLAS P. WOODLOCK
                                                UNITED STATES DISTRICT JUDGE

Case 1:05-cv-10632-DPW    Document 4    Filed 04/05/2005    Page 2 of 2