UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS IN BOSTON

RECEIVED APR 2 2 2005

------------------------------------------------------------x
LISA JACOBS

    Plaintiff,

v.

ROBERT VIDAVIR, PSYCHIATRY PRACTICE OF
ROBERT VIDAVIR, M.D., Esq., and LAW
PRACTICE OF ROBERT VIDAVIR, M.D., ESQ.

    Defendants
------------------------------------------------------------

**JURY TRIAL DEMANDED**

CA 05-10632 DPW

## **MOTION TO WITHDRAW**

  Lisa Jacobs, pro se, brings this complaint and files this motion to withdraw the complaint filed on the grounds that complete diversity of citizenship apparently does not exist per the Judge's analysis. I on the other hand would argue that Robert Vidavir does his taxes as New Hampshire such that his businesses are in New Hampshire allowing for complete diversity of citizenship to exist. Rather then being thrown out of court, I will just go proceed in state court as Mr. Robert Vidavir will not respond to my requests within enough time to allow for establishment of his citizenships. I am able to provide the fact that Vidavir is a New Hampshire registered voter. I thank the Judge for his time in writing his explanation to me. Wherefore, the Defendant requests the above relief.

Dated: April 2, 2005

By: _____
Lisa Jacobs
Pro Se
20 Colchester Road
Weston, MA 02493
(781)-899-9774

2

CERTIFICATE OF SERVICE

I certify that on April 13, 2005 I served a copy of the within to the Plaintiff by deliverying a copy via certified mail with return receipt to Robert Vidavir, 289 Highland Ave., Apt. #401 Somerville MA 02144 #: 7004289000004633321593.

Signed under pains and penalties of perjury

_____