```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

LISA JACOBS,                      )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     C.A. No. 05-10632-DPW
                                  )
PHYSICAN ROBERT VIDAVIR, et al,   )
                                  )
          Defendants.             )
```

<u>MEMORANDUM AND ORDER</u>

Now before the Court is plaintiff's motion seeking to withdraw the complaint.  For the reasons set forth below, I will (1) treat plaintiff's motion as a motion for voluntary dismissal; and (2) direct that a judgment of dismissal enter.

<u>BACKGROUND</u>

On March 30, 2005, Plaintiff Lisa Jacobs, a citizen of Massachusetts, filed her self-prepared complaint alleging several state tort causes against Robert Vidavir, his law firm and psychiatric practice.  <u>See</u> Complaint ("Compl."), generally.

Because plaintiff filed a Motion to Proceed <u>In Forma Pauperis</u>, summonses were not issued in order to allow the Court to review the petition to determine whether it satisfied the requirements of the federal <u>in forma pauperis</u> statute, 28 U.S.C. § 1915.  By Memorandum and Order dated April 5, 2005, plaintiff was advised that her complaint was subject to dismissal for lack of subject matter jurisdiction.

Ms. Jacobs thereafter filed a motion to withdraw indicating, among other things, that she seeks to withdraw the complaint.

Plaintiff's motion is in essence, although not so denominated, a motion for voluntary dismissal pursuant to Fed. R.

Civ. P. 41(a)(1). Under Rule 41(a)(1), a plaintiff can voluntarily dismiss an action without order of the court by filing either a notice of dismissal before the defendant files an answer, or a stipulation of dismissal signed by all parties. Fed. R. Civ. P. 41(a)(1).

Because plaintiff is seeking to withdraw this action before service was even effected, I find this action may be dismissed by plaintiff without order of the Court.

For the foregoing reasons, I hereby direct the clerk to enter a dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1).

December 28, 2005                /s/ Douglas P. Woodlock
DATE                             UNITED STATES DISTRICT JUDGE