```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

LISA JACOBS,                      )
                                  )
           Plaintiff,             )
                                  )
     v.                           )    C.A. No. 05-10632-DPW
                                  )
PHYSICAN ROBERT VIDAVIR, et al,   )
                                  )
           Defendants.            )
```

## JUDGMENT OF DISMISSAL

For the reasons stated in the Memorandum and Order dated December 28, 2005, this action is DISMISSED without prejudice.

```
                                  SARAH A. THORNTON
                                  CLERK OF COURT


Dated: 12/28/05                   By s/ Michelle Rynne
                                       Deputy Clerk
```